■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTINEZ, Appellant. [25 NYS3d 612]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J., at plea; Ambro, J., at sentence), rendered January 18, 2013, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant is not entitled to the relief he seeks (*see generally People v Morrison*, 36 Misc 3d 880 [Sup Ct, NY County 2012]; *cf. People v Larose*, 120 AD3d 1442, 1443 [2014]; *People v Rodriguez*, 116 AD3d 487 [2014]; *People v Johnson*, 60 AD3d 1496, 1497 [2009]). Balkin, J.P., Hall, Roman and Maltese, JJ., concur.

---

Motion by the respondent, inter alia, to dismiss an appeal from a judgment of the County Court, Suffolk County, rendered January 18, 2013, on the ground that the appellant has been deported and is no longer available to obey the mandate of this Court. By decision and order on motion of this Court dated August 18, 2015, that branch of the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the submission of the appeal, it is

Ordered that the branch of the motion which is to dismiss the appeal is denied. Balkin, J.P., Hall, Roman and Maltese, JJ., concur.